**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**HIGHLAND-CLARKSBURG HOSPITAL,**
**INC.,**

    **Plaintiff,**

v.                                        **CIVIL ACTION NO. 1:21-cv-00042-IMK**
                                             **Honorable Irene M. Keeley**

**RSUI INDEMNITY COMPANY,**

    **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Highland-Clarksburg Hospital, Inc., by and through counsel, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against the Defendant, RSUI Indemnity Company.

Date: June 24, 2021          By:    /s/ *Mychal S. Schulz*
                                               Mychal S. Schulz, Esquire (WVSB No. 6092)
                                               Babst, Calland, Clements & Zomnir, P.C.
                                               300 Summers Street, Suite 1000
                                               Charleston, WV  25301
                                               (681) 205-8888
                                               (681) 205-8814 (fax)
                                               mschulz@babstcalland.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**HIGHLAND-CLARKSBURG HOSPITAL,
INC.,**

    **Plaintiff,**

v.                                      **Civil Action No. 1:21-cv-00042-IMK
Honorable Irene M. Keeley**

**RSUI INDEMNITY COMPANY,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I Mychal S. Schulz, hereby certify that on June 24, 2021, I served a true and correct copy of the foregoing **Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i)** by filing this document using the CM/ECF system, which will send notification of such filing to the following:

Jared Tully, Esquire
Frost Brown Todd LLC
United Bank Building
500 Virginia Street, East, Suite 1100
Charleston, WV 25301
jtully@fbtlaw.com
*Counsel for Defendant RSUI Indemnity Company*

Michael Delhagen, Esquire
Jennifer Zaluski, Esquire
Tressler LLP
One Penn Plaza, Suite 4701
New York, NY 10119
mdelhagen@tresslerllp.com
jzaluski@tresslerllp.com
*Counsel for Defendant RSUI Indemnity Company*

                                                 /s/ *Mychal S. Schulz*
                                                Mychal S. Schulz, Esquire (WVSB No. 6092)